**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CORYDORAS TECHNOLOGIES, LLC | § § § | |
| *Plaintiff*, | § | |
| vs. | § | Case No. 2:18-cv-288-JRG |
| | § § | |
| SONY MOBILE COMMUNICATIONS INC. | § § | **JURY TRIAL DEMANDED** |
| | § § | |
| *Defendant*. | § | |

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

COMES NOW Plaintiff, Corydoras Technologies, LLC and hereby notifies the Court and all parties of record that John T. Polasek, Polasek, Quisenberry & Errington, LLP, 6750 West Loop South, Ste. 920, Bellaire, Texas 77401, is designated as lead counsel for Plaintiff in the above-captioned case.

Respectfully submitted,

Dated: August 10, 2018    By:  */s/ John T. Polasek*
John T. Polasek
Texas Bar. No. 16088590
tpolasek@pqelaw.com
C. Dale Quisenberry
Texas Bar No. 24005040
dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 995
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

        Elizabeth L. DeRieux
        State Bar No. 05770585
        ederieux@capshawlaw.com
        CAPSHAW DERIEUX, LLP
        114 East Commerce Avenue
        Gladewater, Texas 75647
        Telephone: (903) 845-5770

        ATTORNEYS FOR PLAINTIFF